IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| R&R Transportation, Inc., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Pilot Corporation; Pilot Travel Centers LLC d/b/a Pilot Flying J; James A. Haslam, III; John Freeman; Brian Mosher; Mark Hazelwood; and Mitch Steenrod,<br><br>　　　　　　　　　　Defendants. | Case No. 0:13-cv-01742-MJD-LIB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

This matter was settled as a result of the Final Order and Judgment entered in *National Trucking Financial Reclamation Services, et al. v. Pilot Corporation, et al.*, 13-cv-00250 (W.D. Ark.) (Dkt. #46). Pursuant to the terms of the settlement and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff R&R Transportation, Inc. hereby gives notice of its voluntary dismissal of this action with prejudice.

2

Dated:  January 21, 2014  Respectfully submitted,

ZIMMERMAN REED, PLLP

/s/ Brian C. Gudmundson_____

Brian C. Gudmundson MN 336695
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel 612-341-0400
Fax 612-314-0844
brian.gudmundson@zimmreed.com

*Counsel for Plaintiff R&R Transportation, Inc.*

2