UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

R&R Transportation Inc.
*on behalf of itself and all others similarly situated*

      Plaintiff,

v.                **ORDER**
                13-cv-1742  (MJD/LIB)

Pilot  Corporation, et al.

      Defendants.

.

  Plaintiff filed a voluntarily dismiss this case [Doc.  #5] with the Court on January 14, 2014. Defendant has not answered or moved for Summary Judgment.

  IT IS HEREBY ORDERED THAT:

  1. The voluntary dismissal  is **GRANTED** with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

Dated: January 22, 2014         s/Michael J. Davis
                  MICHAEL J. DAVIS
                  Chief Judge
                  United States District Court